STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

George Vincent Perez, Jr.
Attorney at Law
1425 N. Broad Av., Ste 201
New Orleans LA 70119

**REHEARING ACTION: November 9, 2016**

**Docket Number: 16   00596-KW**

**SUCCESSION OF OLEAVA K. KNIGHTON**
**(IN RE: WELDON KNIGHTON)**

**Writ Application from Calcasieu Parish Case No. 50-559**

**BEFORE JUDGES:**

**Hon. Jimmie C. Peters**
**Hon. John E. Conery**
**D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kevin Knighton, et al** is:

**REHEARING DENIED:** The matter before this court is a criminal matter. *See Carabine v. DeGravelle*, 08-1286 (La.App. 3 Cir. 5/6/09), 11 So.3d 85, *writ denied*, 09-1231(La. 9/18/09), 17 So.3d 980. Kevin Knighton and Frank Granger, who are seeking a rehearing, fail to cite any authority to support their right to seek a rehearing on this criminal matter. The proper procedural vehicle is to seek civil relief in the trial court of the alleged contempt. Thus, we find the parties seeking rehearing lack standing.

Peters, J., dissents.

cc: Wilford D. Carter, Counsel for the Applicant
    Frank Alton Granger, Counsel for  the Respondent